WILLIAM C. BREED et al., as Receivers of THE NEW YORK NATIONAL BUILDING AND LOAN ASSOCIATION, Appellants, *v.* LEONARD RUOFF, SR., et al., Respondents.

*Breed* v. *Ruoff*, 54 App. Div. 142, appeal dismissed.
(Argued March 8, 1901; decided March 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered in

favor of defendant December 14, 1900, upon the submission of a controversy, under section 1279 of the Code of Civil Procedure.

*G. D. B. Hasbrouck* and *Russel S. Johnson* for appellants.

*Thaddeus D. Kenneson* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and LANDON, JJ. Absent: HAIGHT, J.